UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CHARLES RAY SCRUGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:15-cv-00058 |
| v. ) | |
| ) | Judge Sharp |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Plaintiff's Motion for Judgment upon the Administrative Record* (Docket Entry No. 16) be denied. (Docket Entry No. 18).

No response in opposition was filed to the R & R.[1] Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 18) is hereby ACCEPTED and APPROVED;

(2) *Plaintiff's Motion for Judgment upon the Administrative Record* (Docket Entry No. 16) is hereby DENIED, and the Commissioner's decision is AFFIRMED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

---

[1] Plaintiff received the R & R via certified mail on October 1, 2016.

**It is SO ORDERED.**

_Kevin H. Sharp_
───────────────────────────────
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE